AO 241 (Rev. 09/17)

**KOMITEE, J.**



## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: E DNY |
|---|---|

| Name (under which you were convicted): John Trisvan | Docket or Case No.: CV 22-2600 |
|---|---|

| Place of Confinement : | Prisoner No.: 98A0737 |
|---|---|

| Petitioner (include the name under which you were convicted) JOHN TRISVAN | Respondent (authorized person having custody of petitioner) v. DEPT. of Correctional Services |
|---|---|

The Attorney General of the State of: New York State

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Brooklyn Supreme Court
    360 Adams Street
    Brooklyn, New York 11201

    (b) Criminal docket or case number (if you know): 5395/97

2.  (a) Date of the judgment of conviction (if you know): 11/10/1997

    (b) Date of sentencing: 12/11/1997

3.  Length of sentence: 12 1/2 to 25 yrs.

4.  In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case: manslaughter in the 1st degree

6.  (a) What was your plea? (Check one)

    ☑ (1)  Not guilty        ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty            ☐ (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes      ☑ No

8.  Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9.  If you did appeal, answer the following:

(a) Name of court: Appellate Division of Supreme Court 2nd Dept

(b) Docket or case number (if you know): 97-11378

(c) Result: Affirmed

(d) Date of result (if you know):

(e) Citation to the case (if you know): 280 AO 2d 563

(f) Grounds raised: 1.) The court incorrectly discharged and replaced a juror from panel; People failed to prove beyond a reasonable doubt Defendant caused the death of the deceased; and that the verdict was against the weight of the evidence.

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: New York State Court of Appeals

(2) Docket or case number (if you know):

(3) Result: writ of certiorari denied

AO 241 (Rev. 09/17)

(4) Date of result (if you know): 6/29/2001

(5) Citation to the case (if you know): 96 N.Y.2d. 869

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Saint Lawrence County Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 9/16/2004

(4) Nature of the proceeding: writ of habeas corpus

(5) Grounds raised: 1.) Cruel and unusual punishment by prison officials violating Constitutional rights; 2.) incriminating statements obtained in violation of 14th Amendment; 3.) Defective grand jury proceedings; 4.) Identification process impermissibly suggestive in violation of due process rights under the 14th Amendment; 5.) prosecution withheld material evidence favorable to the defense; ineffective assistance of trial counsel; and 6.) ineffective assistance of appellate counsel on appeal.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: Petition dismissed without evidentiary hearing

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 10/18/2004

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Washington County Supreme Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 1/26/2005

(4) Nature of the proceeding: Writ of State habeas corpus

(5) Grounds raised: 1.) Defective grand jury proceedings; 2.) incriminating statements obtained in violation of the 14th Amendment; 3.) Identification process was impermissibly suggestive; 4.) Prosecution withheld material evidence involving cooperation agreement with testifying witnesses; and 5.) Crime Scene Unit fingerprint report favorable to defense; 6.) ineffective assistance of trial counsel; and 7.) ineffective assistance of appellate attorney on appeal.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: petition denied and dismissed without hearing

(8) Date of result (if you know): 6/23/2005

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Cayuga County Supreme Court

(2) Docket or case number (if you know): 2007-8448

(3) Date of filing (if you know): 9/9/2007

(4) Nature of the proceeding: writ of habeas corpus

(5) Grounds raised: Indictment defective due to failure to effectively charge petitioner as the Defendant or for the crimes indicted for; 2.) Trial court lacked subject matter jurisdiction to try the case at court

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _Petition denied and dismissed without hearing_

(8) Date of result (if you know): _9/11/2007_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☑ No

(2) Second petition:    ☐ Yes    ☑ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_Case was never heard by New York State Court of Appeals due_
_to case never being heard by the appellante division in the 3rd/4th Dept._

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _State failed to provide Petitioner John Trisvan a fair trial by_
_presenting evidence knowingly improperly obtained in violation of Constitution._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Louis N. Scarcella the chief Detective and investigator of the Brooklyn North_
_Homicide Squad, which in 1997 had control over the investigation, in which time,_
_there was question to how the evidence the State presented had been_
_unlawfully obtained by said Detectives within the Crime Scene Unit. The_
_State withheld such facts, although it was held years after Petitioner_
_had been convicted, Detective Scarcella had been found guilty of investigative_
_misconduct_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Counsel that was appointed failed to include such claims of improper evidence obtaining_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Petition for a writ of habeas corpus_

Name and location of the court where the motion or petition was filed: _Saint Lawrence County Court 48 Court Street, Canton, NY 13617-1169_

Docket or case number (if you know):

Date of the court's decision: _10/18/2004_

Result (attach a copy of the court's opinion or order, if available): _Petition was denied and dismissed without evidentiary hearing_

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

| | | | | |
|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❐ Yes     ❐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes     ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ❐ Yes     ❐ No

(4) Did you appeal from the denial of your motion or petition?     ❐ Yes     ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❐ Yes     ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐  Yes    ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes    ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

         having jurisdiction?    ☐  Yes      ☐  No

         If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

         presenting them:    _____

         _____

         _____

         _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

         ground or grounds have not been presented, and state your reasons for not presenting them:

         _____

         _____

         _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?      ☐  Yes    ☐  No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.    _____

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?      ☐  Yes    ☐  No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.    _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: Frank Paone

16 Court Street, Brooklyn, NY 11201

(b) At arraignment and plea:

"Same as above"

(c) At trial:

"Same as above"

(d) At sentencing:

"Same as above"

(e) On appeal:

"Same as above" Susan B. Marhoffer

(f) In any post-conviction proceeding: ~~pro-se~~ pro-se

(g) On appeal from any ruling against you in a post-conviction proceeding: pro-se

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petitioner comes before this Court presenting newly discovered evidence
those of which was not previously known during trial and/or at
the time of one's conviction was challenged within that one yr.
Said case was within the statute of limitations. It was
only brought to the attention of petitioner that the Chief Detective

AO 241 (Rev. 09/17)

Louis Scarcella had been found guilty of investigative mis-
conduct; those of which Petitioner had been falsely accused of
such crime, and was charged, arrested and wrongfully
convicted of.

Once, Petitioner had been made aware of this Chief
Detective's role and involvement in the make-up and handling
of his case, Petitioner sort out to this Court to urge
the Court to overturn his conviction and free him of
this wrongfully obtained conviction and sentence

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Grant the said writ before this Court and vacate the judgment of conviction, and remove said conviction as in overturning said judgment and sentence.*

or any other relief to which petitioner may be entitled.

_____    pro-se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on *May 5, 2022* (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

From: John Trisvan

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED

To: EDNY
Courthouse P/Plaza
Bklyn NY 11201





PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**PRIORITY**®
MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM:

John Trisvan
377 Monroe St.
Brooklyn, NY 11221

TO:

Eastern District of New York
Cadman Plaza
Brooklyn, NY 11201

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.